IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JANIE SMITH,<br><br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 2:11-cv-00014<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff Janie Smith's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13), filed with a Memorandum in Support (Doc. No. 14). Defendant Commissioner of Social Security filed a Response (Doc. No. 15). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 16.) The Report was entered on January 30, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 10.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Ms. Smith's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

　　It is so ORDERED.

　　Entered this the ___7th___ day of March, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　JOHN T. NIXON, SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT